MEMO ENDORSED

December 1, 2020

<u>Via ECF</u>

The Honorable Katherine Polk Failla,
    United States District Judge,
        United States District Court for the Southern District of New York,
          40 Foley Square,
            New York, New York  10007.

Re:    *Arkansas Teacher Retirement System* v. *Allianz Global Investors US LLC et al*, No. 20-cv-05615;

*Retirement Program for Employees of the Town of Fairfield et al* v. *Allianz Global Investors U.S. LLC,* No. 20-cv-05817;

*Lehigh University* v. *Allianz Global Investors U.S. LLC et al,* No. 20-cv-07061;

*Teamster Members Retirement Plan* v. *Allianz Global Investors U.S. LLC et al,* No. 20-cv-07154;

*Blue Cross Blue Shield Association National Employee Benefits Committee* v. *Allianz Global Investors U.S. LLC et al,* No. 20-cv-07606;

*Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust et al* v. *Allianz Global Investors U.S. LLC et al,* No. 20-cv-07842;

*Chicago Area I.B. of T. Pension Plan & Trust et al* v. *Allianz Global Investors U.S. LLC et al,* No. 20-cv-07952;

*The Employes' Retirement System of the City of Milwaukee* v. *Allianz Global Investors U.S. LLC et al*, No. 20-cv-08642;

*The Chicago & Vicinity Laborers' District Council Pension Fund et al.* v. *Allianz Global Investors U.S. LLC et al,* No. 20-cv-09478;

*The Boards Of Trustees For The Carpenters Health And Security Trust Of Western Washington et al* v. *Allianz Global Investors U.S. LLC et al*, No. 20-cv-09479; and

*Paul Schaefer et al* v. *Allianz Global Investors U.S. LLC et al*, No. 20-cv-09587.

Dear Judge Failla:

        Following the November 17, 2020 conference, and as directed in the Minute Entry on November 25, 2020, the parties in the above-captioned actions have been meeting and conferring in good faith and have made progress towards agreeing on many aspects of a joint report and case management submission.  The parties request an additional two days to continue their discussions in the hopes of eliminating, or at least continuing to narrow, any areas of

disagreement so as not to burden the Court with disputes that the parties may be able to resolve through further conferrals.  Accordingly, the parties respectfully request a two-day extension of time from December 1, 2020 until December 3, 2020 to submit the joint report on the proposed framework.  No prior requests for an extension have been made.

Respectfully submitted,

/s/  Hannah Ross
Hannah Ross
Avi Josefson
James Harrod
Michael Blatchley
BERNSTEIN LITOWITZ BERGER
AND GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444

*Co-Counsel for Plaintiff Arkansas Teacher Retirement System*
*Counsel for Plaintiff Employees' Retirement System of the City of Milwaukee; Chicago & Vicinity Laborers' District Council Pension Fund and the Chicago & Vicinity Laborers' District Council Health & Welfare Fund, and Catherine Wenskus, Administrator; The Boards of Trustees for the Carpenters Health and Security Trust of Western Washington and for the Group Investment Trust of the Carpenters Individual Account Pension Trust of Western Washington and Carpenters Retirement Trust of Western Washington*

/s/  Fredric S. Fox
Fredric S. Fox
Donald R. Hall
Melinda Campbell
Aaron Schwartz
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
Stephanie G. Wheeler
Kathleen Suzanne McArthur
Ann-Elizabeth Ostrager
Hilary M. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2468
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel for Defendants*

/s/  Robert A. Skinner
Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston
Boston, MA 02199
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*

*Co-Counsel for Plaintiff Arkansas Teacher
Retirement System*

*Co-Counsel for Plaintiffs Chicago Area I.B of
T. Pension Plan & Trust and Local 703 I.B. of
T., Grocery and Food Employees' Pension
Plan & Trust*

/s/  David S. Golub
David S. Golub
Steven L. Bloch
Ian W. Sloss
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769

*Counsel for Plaintiffs Retirement Program for
Employees of the Town of Fairfield and
Retirement Program for Fairfield Police and
Firemen's Retirement System*

/s/ Jonathan L. Hochman
Jonathan L. Hochman
Matthew A. Katz
Jenny C. Gu
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, NY 10005
Telephone:  (212) 277-6300
Facsimile:  (212) 277-6333

*Counsel for Plaintiff Lehigh University*

/s/  William C. Fredericks
William C. Fredericks
(wfredericks@scott-scott.com)
Donald A. Broggi (dbroggi@scott-scott.com)
Zachary M. Vaughan
(zvaughan@scott-scott.com)

/s/  Renita Sharma
Renita Sharma
Richard Irving Werder, Jr.
Andrew Peter Marks
Michael Ethan Liftik
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Telephone:  (212) 849-7413
Facsimile:  (212)-849-7100

*Counsel for Defendant Aon Investments
USA Inc. f/k/a Aon Hewitt Investment
Consulting, Inc.*

-3-

SCOTT + SCOTT ATTORNEYS AT LAW
LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  (212) 223-6444
Facsimile:  (212) 223-6334

*Counsel for Plaintiff Teamster Members
Retirement Plan f/k/a GCIU Inter-Local
Pension Plan and Bricklayers and Masons'
Local Union No. 5, Ohio Pension Fund*


/s/  *Daniel Z. Goldman*
Daniel Z. Goldman (dgoldman@pkbllp.com)
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Telephone:  (212) 370-0330


/s/  *Sean W. Gallagher*
Sean W. Gallagher
Adam L. Hoeflich
Mark S. Ouweleen
Abby M. Mollen
Nicolas L. Martinez
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone:  (312) 494-4400

*Counsel for Plaintiff Blue Cross and Blue
Shield Association National Employee
Benefits Committee*


/s/  *Javier Bleichmar*
Javier Bleichmar
George N. Bauer
BLEICHMAR FONTI & AULD LLP
7 Times Square, 27th Floor
New York, New York 10036
Telephone:  (212) 789-1340
Facsimile:  (212) 205-3960

/s/  *Regina Calcaterra*
Regina Calcaterra
Justin Teres
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Telephone:  (212) 899-1760

*Counsel for Plaintiffs Metropolitan*
*Transportation Authority Defined Benefit*
*Pension Plan Master Trust, Manhattan and*
*Bronx Surface Transit Operating Authority*
*Pension Plan, and Metropolitan*
*Transportation Authority Other*
*Postemployment Benefit Plan*


/s/  *Scott F. Hessell*
Scott F. Hessell
John Bjork
Ashima Talwar
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone:  (312) 641-3200

*Co-Counsel for Plaintiffs Chicago Area I.B of*
*T. Pension Plan & Trust and Local 703 I.B. of*
*T., Grocery and Food Employees' Pension*
*Plan & Trust*

/s/  *Justin S. Brooks*
Justin S. Brooks
GUTTMAN, BUSCHNER & BROOKS
PLLC
119 Coulter Ave., Suite 211
Ardmore, PA 19003
Telephone:  (610) 827-0041

/s/  *Elizabeth H. Shofner*
GUTTMAN, BUSCHNER & BROOKS
PLLC
41-30 46th Street, Apt 1-0
Ardmore, PA 19003

Telephone:  (202)-800-3001

/s/  *Reuben A. Guttman*
Reuben A. Guttman
GUTTMAN, BUSCHNER & BROOKS
PLLC
2000 P Street, N.W., Suite 300
Washington, DC 20036
Telephone:  (202)-800-3001

/s/  *Jonathan D. Karmel*
Jonathan D. Karmel
KARMEL LAW FIRM
221 N. La Salle Street, Suite 1550
Chicago, IL 60601
Telephone:  (800)-459-6264

/s/  *Kenneth A. Wexler*
Kenneth A. Wexler
Mark J. Tamblyn
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone:  (312)-346-2222


*Co-Counsel for Plaintiffs Paul Schaefer and
Robert O'Toole; Marc Parker; Brian Jordan;
Mark Jacobs; and William R. Seehafer, as
trustees of the United Food & Commercial
Workers Unions & Employers Midwest
Pension Fund*

cc:  Counsel of Record (by ECF)

Application GRANTED.  The Clerk of Court is directed to docket this Order in case numbers 20-cv-5615, 20-cv-5817, 20-cv-7061, 20-cv-7154, 20-cv-7606, 20-cv-7842, 20-cv-7952, 20-cv-8642, 20-cv-9478, 20-cv-9479, and 20-cv-9587.

Dated:     December 1, 2020                SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE