UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHIGH UNIVERSITY )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ALLIANZ GLOBAL INVESTORS U.S. )<br>LLC )<br>)<br>Defendant. )<br>)<br>) | Case No. 20-CV-07061 (KPF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Mary E. Brust, the undersigned, hereby withdraws her appearance as counsel of record for Defendant Allianz Global Investors U.S. LLC, et al.  Ms. Brust will be leaving the law firm of Ropes & Gray LLP.  Robert Skinner and Amy Roy of Ropes & Gray LLP will continue to represent Allianz Global Investors U.S. LLC, et al.

Respectfully submitted,

Date: August 26, 2022

/s/ Mary E. Brust
Mary E. Brust
ROPES & GRAY LLP
1211 Avenue of Americas
New York, NY 10036
(212) 596-9000
Mary.brust@ropesgray.com
*Attorney for Defendant.*